**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02489-REB
(Criminal Action No. 06-cr-00240-REB-1)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

SHAWN LA VELLE ROLLINS,

    Defendant-Movant.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the **ORDER** of Judge Robert E. Blackburn entered on November 17, 2015, it is

    ORDERED that the **Motion Pursuant to 28 U.S.C. § 2255-To Vacate, Set Aside, or Correct a Sentence of a Person in Federal Custody**[#42] filed November 12, 2015, is **DENIED**; it is further

    ORDERED that no certificate of appealability will issue under 28 U.S.C. § 2253(c); and it is further

    ORDERED that leave to proceed *in forma pauperis* on appeal is **DENIED**.

    Dated at Denver, Colorado this 17th day of November, 2015.

                                   FOR THE COURT:
                                   JEFFREY P. COLWELL, CLERK

                      By:      s/ K. Finney
                                   K. Finney
                                   Deputy Clerk